No. 48. DAISY M. SCOTT ET AL. *v.* THE CITY OF COLUMBUS, OHIO. Error to the Supreme Court of the State of Ohio. Motion to dismiss submitted October 5, 1925. Decided October 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon authority of *Erie Railroad*

v. *Solomon,* 237 U. S. 427, 431. *Mr. Charles A. Leach* for defendant in error, in support of the motion. *Messrs. Timothy S. Hogan* and *John S. Hogan* for plaintiffs in error, in opposition thereto.